IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ALAN GRAHAM-ANDERSON,                      *

       Plaintiff,                          *

v.                                                                         Case No.   4:25-cv-85 (CDL)

                                                            *

EQUIFAX INFORMATION SERVICES,
LLC and CREDIT ONE BANK, N.A.,             *

       Defendants.                        *

_____

## **J U D G M E N T**

Pursuant to the Order of this Court filed May 21, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $12,281.20 and

$602.00 in costs.

This 21st day of May, 2026.

                             David W. Bunt, Clerk

                             s/  Katie Logsdon, Deputy Clerk